# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0250, <u>Richard D. Townsend, Jr. v. Jeremy Brownell & a.</u>, the court on January 30, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The plaintiff, Richard D. Townsend, Jr., appeals an order of the Superior Court (<u>Howard</u>, J.) denying his motion asking the court to find defendant Jeremy Brownell in contempt for having committed "felonious perjury" and asking the court to "reverse" its October 2021 order requiring the plaintiff to remit $2,075 to Brownell.  We note that the plaintiff did not timely appeal the October 2021 order, and that any challenge to the merits of that order is not properly before us in this appeal.  Based upon our review of the trial court's order on the motion for contempt, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error.  <u>See</u> <u>Sup. Ct. R.</u> 25(8). Accordingly, we affirm the denial of the plaintiff's motion for contempt.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,
Clerk